Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Geraldine Soat Brown | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 04 C 6557 | **DATE** | 12/21/2005 |
| **CASE TITLE** | Delisa Ross vs. RJM Acquisitions Funding, LLC | | |

**DOCKET ENTRY TEXT**

Oral argument on the parties' cross-motions for summary judgment [22, 36] held. Said motions are taken under advisement, with ruling by mail.

Notices mailed by Judicial staff.

00:47

| | Courtroom Deputy Initials: | GR |
|---|---|---|