⍺AO 133  (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

District of _____

Delisa Ross

V.

RJM Acquisitions Funding LLC

**BILL OF COSTS**

Case Number: 04 C 6557

Judgment having been entered in the above entitled action on  March 16, 2006  against  Delisa Ross ,
                                                                    Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ |
| Fees for service of summons and subpoena ............................................ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 1,155.85 |
| Fees and disbursements for printing ................................................. | |
| Fees for witnesses (itemize on reverse side) .......................................... | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............. | |
| Docket fees under 28 U.S.C. 1923 ................................................... | |
| Costs as shown on Mandate of Court of Appeals ...................................... | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ........................................................ | |
| TOTAL | $ 1,155.85 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Plaintiff's Attorney David Philipps .

Signature of Attorney: _____

Name of Attorney: Amy R. Jonker

For: RJM Acquisitions Funding LLC                                       Date: April 17, 2006
         Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
Clerk of Court                                              Deputy Clerk                                              Date