**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Delisa Ross, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04 C 6557 |
| | ) | |
| RJM Acquisitions Funding, L.L.C., a | ) | Judge Gottschall |
| Delaware limited liability company, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S OBJECTIONS TO
DEFENDANT'S BILL OF COSTS**

Plaintiff, Delisa Ross, hereby objects to Defendant's bill of costs and states:

1. On March 16, 2006, this Court entered judgment for the Defendant and awarded costs to the Defendant pursuant to 28 U.S.C. § 1920.

2. 28 U.S.C. § 1920(2) permits recovery of "fees of the court reporter for all or any part of the stenographic transcript necessarily obtained for use in the case."

3. On April 18, 2006, Defendant filed its bill of costs, seeking recovery from Plaintiff of $1,155.85 for court reporting services. Plaintiff objects to two of the items included in Defendant's bill of costs.

4. First, Defendant seeks payment for the court reporting services provided by Jensen Reporting, dated November 3, 2005, in the amount of $534.40, related to the September 30, 2005 deposition of Delisa Ross, which was taken by Defendant after it had already moved for summary judgment. The deposition of Ms. Ross was wholly unnecessary to Defendant's litigation of its bona fide error defense and was not utilized by the Defendant in any of its pleadings.

5.     Second, Defendant seeks payment for the court reporting services of official court reporter, Pamela Warren, dated March 31, 2005, in the amount of $88.00, for a transcript.  Plaintiff can only assume this transcript was for the March 24, 2005 hearing before this Court on Plaintiff's motion to compel.  First, Plaintiff paid $17.60 for this 16-page transcript on March 30, 2006.  Second, while Plaintiff used this transcript in its summary judgment pleadings, Defendant did not necessarily obtain the transcript for use in these proceedings, nor did it, in fact, ever use the transcript in any of its pleadings.

6.     Accordingly, the items on Defendant's bill of costs pertaining to court reporting services provided by Jensen Reporting in the amount of $534.40 and Pamela Warren in the amount of $88.00, for a total of $622.40 should be stricken.

WHEREFORE, Plaintiff, Delisa Ross, respectfully requests that this Court deny Defendant's request for reimbursement for costs associated with the court reporting services provided by Jensen Reporting and Pamela Warren, totaling $622.40, and reduce the costs due Defendant to $533.45.

Respectfully Submitted,

/s/ David J. Philipps
By: One of Plaintiff's Attorneys

Dated: April 21, 2006

David J. Philipps
Mary E. Philipps
Gomolinski & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 21, 2006, a copy of the foregoing **Plaintiff's Objections to Defendant's Bill of Costs** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Joseph S. Messer | messer@messerstilp.com |
| Amy R. Jonker | jonker@messerstilp.com |
| Messer & Stilp, Ltd. | |
| 166 W. Washington, Suite 300 | |
| Chicago, IL 60602 | |
| 312-334-3476 | |

/s/David J. Philipps
David J. Philipps
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com